IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELIA SULLIVAN | ) | |
| | ) | |
| Plaintiffs, | | |
| vs. | ) | CIVIL ACTION NO. 08-00497-KD-C |
| | ) | |
| EQUIFAX INFORMATION SERVICES, L.L.C, TRANS UNION, FIRST PREMIER BANK and HSBC BANK | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has been advised by counsel that this matter is settled. Therefore, it is **ORDERED** that all claims in the above-styled action be **DISMISSED WITH PREJUDICE,** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure. Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this the 4th day of November 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**